UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SPAR SHIPPING AS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 12-cv-02088 |
| | ) |
| ALLIED MARITIME, INC., | ) |
| | ) |
| Defendant. | ) |

## OBJECTION AND RESPONSE OF ARCHER-DANIELS-MIDLAND COMPANY TO INTERROGATORIES DIRECTED TO GARNISHEE

Now comes Garnishee, Archer-Daniels-Midland Company ("ADM") by its Corporation Counsel, Frederic L. Kenney, and it hereby files its Answer and Objection to and Answer to the Garnishment Interrogatories as follows:

## ANSWER TO COMPLAINT

The allegations of the Complaint are not directed at ADM and therefore require no response from it. To the extent a response is deemed necessary, ADM states it is without information sufficient to form a belief as to the allegations of the Complaint.

## OBJECTION TO AND ANSWERS TO INTERROGATORIES

ADM objects to the scope of the garnishment addressed to "any/all of its subsidiary and affiliate companies." The scope of the garnishment is not defined and overbroad. ADM and its wholly owned subsidiaries, including Archer Financial Services, Inc., ADM Investor Services, Inc., and ADM Alliance Nutrition, Inc., (jointly "ADM Companies") hereby respond that ADM has accounts set up for Allied Maritime, Inc., but at this time, no monies are payable to ADM by Allied Maritime, Inc. or receivable by ADM from Allied Maritime, Inc. ADM Companies answer the Interrogatories as follows:

1. No.
2. No.
3. No.
4. There is no current relationship between ADM Companies and Allied Maritime, except as described above.
5. N/A.

ARCHER-DANIELS-MIDLAND COMPANY,
Defendant,

BY:  /s/ Frederic L. Kenney
     Frederic L. Kenney
     Corporate Counsel

```
                                          BY:   /s/ Jerrold H. Stocks
                                                Jerrold H. Stocks
                                                ARDC No.:  06201986
                                                FEATHERSTUN, GAUMER, POSTLEWAIT
                                                STOCKS, FLYNN & HUBBARD
                                                225 N. Water St., Suite 200
                                                P. O. Box 1760
                                                Decatur, Illinois  62525
                                                Telephone:  (217) 429-4453
                                                Fax:  (217) 425-8892
                                                E-Mail:  jstocks@centralillaw.com
                                                         jstocks@family-net.net
```

### CERTIFICATE OF SERVICE

I certify that on the 23rd day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF System which will send notification of such filing to the following:

Gerald L. Morel
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, IL  60601-1262

```
                                                /s/ Jerrold H. Stocks
                                                Jerrold H. Stocks
                                                ARDC No.:  06201986
                                                FEATHERSTUN, GAUMER, POSTLEWAIT,
                                                STOCKS, FLYNN & HUBBARD
                                                225 N. Water St., Suite 200
                                                P. O. Box 1760
                                                Decatur, Illinois  62525
                                                Telephone:  (217) 429-4453
                                                Fax:  (217) 425-8892
                                                E-Mail:  jstocks@centralillaw.com
                                                         jstocks@family-net.net
```

Frederic L. Kenney
Corporate Counsel - Litigation
Archer-Daniels-Midland Company
4666 Faries Parkway
Decatur, IL  62526
T:  (217) 451-2896
F:  (217) 424-6196